

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-18-00138-CV

**IN RE AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
     Marialyn Barnard, Justice
     Luz Elena D. Chapa, Justice

  The Real Party in Interest's Motion for Extension of Time to File Response to Relator's Petition for Writ of Mandamus is hereby GRANTED. Time is extended to April 25, 2018.

**PER CURIAM**

ATTESTED TO: _____
     Keith E. Hottle
     Clerk of Court



---

[1] This proceeding arises out of Cause No. 2016-CI-12807, styled *Inah Oh v. American National Property and Casualty Company, et al.*, pending in the 438th Judicial District Court, Bexar County, Texas. The Honorable David Canales signed the order at issue in this proceeding.